IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:16-CV-853-RJC-DCK

| | |
|---|---|
| GORDON HUNTER, et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) **ORDER** |
| | ) |
| DEXCOM, INC., et al., | ) |
| | ) |
| Defendants. | ) |
| | ) |

**THIS MATTER IS BEFORE THE COURT** on the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 29) filed by Svend H. Deal, concerning Paul J. Cosgrove on December 21, 2016. Mr. Paul J. Cosgrove seeks to appear as counsel *pro hac vice* for Defendant Dexcom, Inc. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 29) is **GRANTED.** Mr. Paul J. Cosgrove is hereby admitted *pro hac vice* to represent Defendant Dexcom, Inc.

**SO ORDERED**.

Signed: December 21, 2016

David C. Keesler
United States Magistrate Judge