IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:16-CV-853-RJC-DCK

| GORDON HUNTER, et al., | ) |  |
|---|---|---|
| Plaintiffs, | ) |  |
| v. | ) | **ORDER** |
| DEXCOM, INC., et al., | ) |  |
| Defendants. | ) |  |

**THIS MATTER IS BEFORE THE COURT** on the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 30) filed by Svend H. Deal, concerning Joshua A. Klarfeld on December 21, 2016. Mr. Joshua A. Klarfeld seeks to appear as counsel *pro hac vice* for Defendant Dexcom, Inc. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 30) is **GRANTED.** Mr. Joshua A. Klarfeld is hereby admitted *pro hac vice* to represent Defendant Dexcom, Inc.

**SO ORDERED**.

Signed: December 21, 2016

David C. Keesler
United States Magistrate Judge