# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:16CV853-RJC-DSC

| | |
|---|---|
| GORDON HUNTER, et. al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) |
| | ) |
| DEXCOM, INC., | ) |
| | ) |
| Defendant. | ) |

**THIS MATTER** is before the Court on the Application for Admission to Practice Pro Hac Vice [for Jennifer Hageman]" (document # 34) filed December 27, 2016. For the reasons set forth therein, the Motion will be <u>granted</u>.

The Clerk is directed to send copies of this Order to counsel for the parties, including but not limited to moving counsel; and to the Honorable Robert J. Conrad, Jr..

**SO ORDERED**.

Signed: December 27, 2016

David S. Cayer
United States Magistrate Judge