# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:16CV853-RJC-DSC

| | |
|---|---|
| GORDON HUNTER, et. al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) |
| | ) |
| DEXCOM, INC., | ) |
| | ) |
| Defendant. | ) |

**THIS MATTER** is before the Court on the Application[s] for Admission to Practice Pro Hac Vice [for Richard A. Griggs and Davis S. Popper]" (documents ## 38-39) filed January 16, 2017. For the reasons set forth therein, the Motions will be granted.

The Clerk is directed to send copies of this Order to counsel for the parties, including but not limited to moving counsel; and to the Honorable Robert J. Conrad, Jr..

**SO ORDERED**.

Signed: January 17, 2017

David S. Cayer
United States Magistrate Judge